# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ISSA ISIEV, | Case No. 5:26-cv-01033-CV-DFM |
| Petitioner, | |
| v. | Order Accepting Report and Recommendation of United States Magistrate Judge |
| ERNESTO SANTACRUZ et al., | |
| Respondents. | |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of the objections. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation is accepted.

2. The Petition for Writ of Habeas Corpus is GRANTED.

3. Respondents are enjoined from re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice and a hearing. At any such hearing, Respondents shall bear the burden of establishing by clear and convincing evidence that Petitioner poses a risk of flight or danger to the community, and that there are no

conditions that will reasonably assure Petitioner's appearance and the safety of any other person in the community.

Date: 5/29/26    _Cynthia Valenzuela_
CYNTHIA VALENZUELA
United States District Judge