JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

|  |  |
|---|---|
| ISSA ISIEV,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ et al.,<br><br>Respondents. | Case No. 5:26-cv-01033-CV-DFM<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that:

1.    The Petition for Writ of Habeas Corpus is GRANTED.

2.    Respondents are permanently enjoined from re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice and a hearing.

Date: 5/29/26

_Cynthia Valenzuela_
CYNTHIA VALENZUELA
United States District Judge